IN RE: SEA BRIDGE MARINE, INC.    CASE NO. 05-17400 "A"

**BANK OF AMERICA, N.A.**    CHECK NUMBER

DEPOSIT INTO REGISTRY OF COURT
Disbursement checks outstanding in excess of 90 days.

Claude C. Lightfoot, Jr.
Chapter 7 Trustee
650 Poydras Street, Suite 1010
New Orleans, LA 70130

32-1/1110 TX 0

144

DATE: 03/14/11    AMOUNT: ******19,901.24

1836376

PAY TO THE ORDER OF

CASE NUMBER: 05-17400 "A"    ESTATE OF: Debtor: Sea Bridge Marine, Inc.

U.S. Bankruptcy Court
Eastern District of Louisiana
500 Poydras St., Room B-601
New Orleans, LA 70130

Nineteen Thousand Nine Hundred One Dollars And 24/100

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈000144⑈ ⑆111000012⑆ 4436991886⑈

3/15/11
DEPOSITED TO TREASURY
UNCLAIMED.
DUE: SEE LETTER

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

\# 228315    — MB
* * C O P Y * *
March 15, 2011
14:20:05

TREASURY REGFUND
05-17400

Debtor.: SEA BRIDGE MARINE, INC.
Trustee: Claude Lightfoot, Jr.
Amount.:           $19,901.24 CH
Check#.: 144

Total->  $19,901.24

FROM: LIGHTFOOT

**Claude C. Lightfoot, Jr.**
Chapter 7 Trustee
(504) 799-2565
(504) 799-2566 Fax

650 Poydras Street
Suite 1010
New Orleans, Louisiana  70130

March 14, 2011

Clerk of Court
U.S. Bankruptcy Court
500 Poydras Street
Room B-601
New Orleans, LA  70130

RE:  Sea Bridge Marine Inc., USBC No. 05-17400 "A"

Dear Clerk:

Enclosed please find a check payable to the U. S. Bankruptcy Court for $19,901.24 drawn on the account for the above bankruptcy estate.  These funds represent the final distribution of funds issued those creditors listed below:

| | | | |
|---|---|---|---|
| Norge Projects, LTDA<br>Rua Arandu, 205 – Conj. 208<br>Cep 04562-030<br>Sao Paulo/SP<br>BRAZIL | $ 161.88 | West Asia Overseas Private Ltd.<br>c/o Gary A. Hemphill<br>Canal Place, 365 Canal St.<br>Suite 2000<br>New Orleans, LA 70130 | $16,701.82 |
| Moran Towing of Texas<br>8740 Old Yacht Club Road<br>Port Arthur, TX 77642 | $ 422.94 | Barwil Westext Sdn, Bhd, Malaysia<br>c/o Michael H. Pinkerton<br>1100 Poydras St., Suite 3600<br>New Orleans, LA 70163-3600 | $ 2,452.66 |
| Colfletar Ltda<br>Clle 4 Sur #43A-195 of 128-129<br>Medelin<br>COLUMBIA | $ 161.94 | | |

The disbursement checks were forwarded to those addresses provided by the claimants.  More than ninety days has elapsed since these checks were issued and these creditors have failed to negotiate the check.  I have made every effort to contact these creditors but have been unsuccessful in my attempts to resolve the matter.

Accordingly, I ask that you please deposit the funds in the registry of the court as per 11 U.S.C. §347(a).

Very truly yours,

Claude C. Lightfoot, Jr.
Chapter 7 Trustee